UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WAIVER OF DETENTION |
| | ) | HEARING AND ORDER |
| v. | ) | |
| | ) | Case No. 1:26mj9146 (JDA) |
| CARLOS AGUSTIN CAHUEC COC | ) | |

CARLOS AGUSTIN CAHUEC COC, the above-named defendant, who is accused

of violating 8:1324(a)(1)(A)(iv &v) and (a)(1)(B)(i) Encouraging or Inducing an alien to

come to, enter, or reside in the United States, for the purposes of commercial advantage or

private financial gain, and conspiracy to do the same in violation of the law, being advised

of the nature of the charge and of his/her rights and under advice of counsel, hereby waives

in open court his/her right to a detention hearing and consents that he/she be held without bail

pursuant to Title 18, U.S.C. § 3142.  The defendant also knowingly and voluntarily, and with

advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's

Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S.

Marshal.

_____
Defendant

_____
Counsel for Defendant

APPROVED AND ORDERED:

United States Magistrate Judge

5/29/2026

Date