AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Carlos Agustin CAHUEC COC | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.     1:26mj9146

**FILED**

**JUN 0 2 2026**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Carlos Agustin CAHUEC COC                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. §1324(a)(1)(A)(iv & v) and (a)(1)(B)(i), Encouraging or Inducing an alien to come to, enter, or reside in the United States, for the purpose of commercial advantage or private financial gain, and conspiracy to do the same in violation of the law.

Date:     5/29/2026

_____
*Issuing officer's signature*

City and state:     Cleveland, Ohio

Jennifer Dowdell Armstrong, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/29/26 , and the person was arrested on *(date)* 5/29/26
at *(city and state)* Youngstown OH .

Date: 5/29/2026

_____
*Arresting officer's signature*

Matthew Harrell, S.A.
*Printed name and title*